1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11  CHAD HORNING,                          )  NO. EDCV 11-01233 SJO (SS)
                                           )
12              Plaintiff,                 )
                                           )  **ORDER ACCEPTING FINDINGS,**
13       v.                                )
                                           )  **CONCLUSIONS, AND RECOMMENDATIONS**
14  DOCTOR LAOUSOR, Head of Medical,       )
                                           )  **OF UNITED STATES MAGISTRATE JUDGE**
15                                         )
                Defendant.                 )
16                                         )
                                           )
17  _____)

18

19       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint
20  in the above-captioned matter, all the records and files herein, and the
21  Report and Recommendation of the United States Magistrate Judge.  The
22  time for filing Objections to the Report and Recommendation has passed
23  and no Objections have been received.  Accordingly, the Court accepts
24  and adopts the findings, conclusions and recommendations of the
25  Magistrate Judge.
26  \\
27  \\
28  \\

1    **IT IS ORDERED** that Judgment shall be entered dismissing this action
2  with prejudice.
3  `
4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5  the Judgment herein on Plaintiff at his current address of record.
6
7    **LET JUDGMENT BE ENTERED ACCORDINGLY.**
8
9
10  DATED: January 6, 2012          /s/ S. James Otero
11                                  _____
                                    S. JAMES OTERO
12                                  UNITED STATES DISTRICT JUDGE