**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHAD HORNING,                                )   NO. EDCV 11-01233 SJO (SS)
                                             )
                    Plaintiff,               )
                                             )
            v.                               )
                                             )
DOCTOR LAOUSOR, Head of Medical,             )         **JUDGMENT**
                                             )
                    Defendant.               )
                                             )
                                             )
_____)

        Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 6, 2012

                                    _____
                                    S. JAMES OTERO
                                    UNITED STATES DISTRICT JUDGE